

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 02, 2021

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:   702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>AFFINITYLIFESTYLES.COM, INC.,<br><br>Debtor. | Case No. BK-S-21-14099-NMC<br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR SUBSTANTIVE CONSOLIDATION *NUNC PRO TUNC* AS OF THE PETITION DATE PURSUANT TO 11 U.S.C. § 105(a)**<br><br>Date of Hearing:   November 16, 2021<br>Time of Hearing:   2:00 p.m.<br>Place: Courtroom No. 3, Third Floor<br>           Foley Federal Building<br>           300 Las Vegas Blvd., S.<br>           Las Vegas, NV 89101<br><br>Judge: Honorable Natalie M. Cox |

This matter came before the Court on the *Motion for Substantive Consolidation Nunc Pro Tunc As of the Petition Date Pursuant to 11 U.S.C. § 105(a)* [ECF No. 28] (the "Motion") filed by Ryan A. Andersen (the "Trustee"), the Chapter 7 Trustee appointed in the above-captioned

-1-

bankruptcy case, by and through his counsel of record, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd. The Motion sought an order substantively consolidating the bankruptcy cases filed by Affinitylifestyles.com, Inc. (Case Number BK-S-21-14099-NMC), Real Water, Inc. (Case Number BK-S-21-14101-NMC), and Real Water of Tennessee, LLC (Case Number BK-S-21-14102-NMC) *nunc pro tunc* to August 19, 2021.[1]

No Opposition was filed to the Motion. Jacob L. Houmand, Esq. appeared on behalf of the Trustee and all other appearances were noted on the record.

The Court reviewed the Motion, the *Declaration of Ryan A. Andersen In Support of Motion for Substantive Consolidation Nunc Pro Tunc As of the Petition Date Pursuant to 11 U.S.C. § 105(a)* [ECF No. 29], the *Notice of Hearing On Motion for Substantive Consolidation Nunc Pro Tunc As of the Petition Date Pursuant to 11 U.S.C. § 105(a)* [ECF No. 43], the *Certificate of Service of Motion for Substantive Consolidation Nunc Pro Tunc As of the Petition Date Pursuant to 11 U.S.C. § 105(a)* [ECF No. 65], the *Declaration of Jacob L. Houmand, Esq. In Support of Motion for Substantive Consolidation Nunc Pro Tunc As of the Petition Date Pursuant to 11 U.S.C. § 105(a)* [ECF No. 72], the exhibits attached thereto, and all the pleadings on file herein.

Based upon the pleadings and arguments of counsel and the findings of fact and conclusions of law placed on the record at the hearing and incorporated herein pursuant to Federal Rule of Civil Procedure 52, incorporated by reference by Federal Rules of Bankruptcy Procedure 7052 and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED in its entirety; and

2. The following debtors (collectively, the "<u>Consolidated Debtors</u>") and their estates are substantively consolidated under case number BK-S-21-14099-NM for all purposes: (a) Affinitylifestyles.com, Inc. (Case Number BK-S-21-14099-NMC); (b) Real Water, Inc. (Case

---

[1] All defined terms in this Order shall have the same meaning ascribed to them in the Motion unless otherwise provided herein.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

Number BK-S-21-14101-NMC); and (c) Real Water of Tennessee, LLC (Case Number BK-S-21-14102-NMC); and

      3.      The Consolidated Debtors and their estates shall be substantively consolidated *nunc pro tunc* as of August 19, 2021; and

      4.      All assets and liabilities of each of the Consolidated Debtors are hereby merged and treated as if they were merged with the assets and liabilities of Affinitylifestyles.com, Inc. ("Affinity"); and

      5.      Any obligation of a Consolidated Debtor and all guarantees thereof by one (1) or more of the other Consolidated Debtors is hereby deemed to be one (1) obligation of Affinity; and

      6.      Each claim filed or to be filed against any Consolidated Debtor is hereby deemed to be filed only against Affinity and is hereby deemed to be a single claim against and a single obligation of Affinity;

      7.      A case caption for the Consolidated Debtors is attached hereto as **Exhibit "1"**.

**IT IS SO ORDERED.**

Prepared and submitted by:

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:      702/720-3370
Facsimile:      702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

## LOCAL RULE 9021 CERTIFICATE

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The Court has waived the requirements set forth in Local Rule 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the Motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

**Approved**

By: */s/ Anthony W. Austin*
Anthony W. Austin (NV Bar No. 10850)
Fennemore Craig, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Counsel for United Natural Foods, Inc.. amd United Natural Foods West, Inc.*

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

Dated this 1st day of December, 2021.

HOUMAND LAW FIRM, LTD.

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:   702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

###