# EXHIBIT "1"

1

2

3

4

5

6

7  Jacob L. Houmand, Esq. (NV Bar No. 12781)
   Email: jhoumand@houmandlaw.com
8  Bradley G. Sims, Esq. (NV Bar No. 11713)
   Email: bsims@houmandlaw.com
9  HOUMAND LAW FIRM, LTD.
   9205 West Russell Road, Building 3, Suite 240
10 Las Vegas, NV 89148
   Telephone:    702/720-3370
11 Facsimile:    702/720-3371

12 *Counsel for Ryan A. Andersen, Chapter 7 Trustee*

13

14              **UNITED STATES BANKRUPTCY COURT**

15                    **DISTRICT OF NEVADA**

16 In re:                            | Case No. BK-S-21-14099-NMC
                                     | Case No. BK-S-21-14101-NMC
17 AFFINITYLIFESTYLES.COM, INC.,     | Case No. BK-S-21-14102-NMC
   REAL WATER, INC., and REAL WATER  | Chapter 7
18 OF TENNESSEE, LLC,

19          Debtors.                 | **<u>CASE CAPTION</u>**

20                                   | Date of Hearing:
                                     | Time of Hearing:
21                                   | Place: Courtroom No.

22                                   |           Foley Federal Building
                                     |           300 Las Vegas Blvd., S.
23                                   |           Las Vegas, NV 89101

24                                   | Judge: Honorable Natalie M. Cox

25

26

27

28

*(left margin, vertical text)* HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

-1-