_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
October 20, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>AFFINITYLIFESTYLES.COM;<br>REAL WATER, INC.;<br>REAL WATER OF TENNESSEE, INC.,<br><br>Debtors. | Case No.: 21-14099-NMC<br>Case No.: 21-14101-NMC<br>Case No.: 21-14102-NMC<br><br>Chapter 7<br><br>Date:  October 31, 2023<br>Time:  9:30 a.m. |

### ORDER SCHEDULING STATUS CONFERENCE

Good cause appearing,

A status conference is scheduled for **October 31, 2023, at 9:30 a.m.** and shall be held before U.S. Bankruptcy Judge Natalie M. Cox. Absent further order of the court, the parties must participate telephonically in the status conference by dialing (669) 254-5252; Meeting Code 161 166 2815; Passcode 115788#. Instructions for appearing via telephone are available on the court's website at

https://www.nvb.uscourts.gov/calendars/remote-court-hearing-participation/

IT IS SO ORDERED.

Copy sent via CM/ECF ELECTRONIC FILING

Copy sent via BNC to mailing matrix

### # #

1