_____
Daniel S. Owens
Clerk of Court

Entered on Docket
August 14, 2025

_____

| | |
|---|---|
| RUGGERI PARKS WEINBERG LLP<br>James P. Ruggeri<br>Joshua P. Mayer<br>Joshua D. Weinberg<br>1875 K Street NW, Suite 600<br>Washington, DC 20006<br>Telephone:    (202) 469-7766<br>Facsimile:      (202) 984-1401<br>E-Mail: jruggeri@ruggerilaw.com<br>E-Mail: jmayer@ruggerilaw.com<br>E-Mail: jweinberg@ruggerilaw.com | KAEMPFER CROWELL<br>Louis M. Bubala III, No. 8974<br>50 W. Liberty Street, Suite 700<br>Reno, Nevada 89501<br>Telephone:   (775) 852-3900<br>Facsimile:    (775) 327-2011<br>E-Mail: lbubala@kcnvlaw.com<br><br>KAEMPFER CROWELL<br>Brittney Lehtinen, No. 15949<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>Telephone:   (702)792-7000<br>Facsimile:    (702)7967181<br>E-Mail: blehtinen@kcnvlaw.com |

*Attorneys for Defendant Sentinel Insurance Company, Limited*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AFFINITY LIFESTYLES.COM, INC.,<br>REAL WATER, INC., and REAL WATER<br>OF TENNESSEE, LLC,<br><br>Debtors. | Case No. 21-14099-nmc<br>Chapter 7<br><br>Substantively Consolidated with:<br>Case No. 21-14101-nmc<br>Case No. 21-14102-nmc<br>Chapter 7<br><br>**ORDER GRANTING EX PARTE MOTION TO TERMINATE ELECTRONIC SERVICE** |

On August 11, 2025, Louis M. Bubala III and Brittney A. Lehtinen of the law firm KAEMPFER CROWELL and Joshua P. Mayer, James P. Ruggeri, and Joshua D. Weinberg of the

1  law firm ROGGERI PARKS WEINBERG LLP, attorneys on behalf of SENTINEL INSURANCE
2  COMPANY, LIMITED, moved for the Court to terminate electronic service of court filings on for
3  them. The Court, having considered the request and finding good cause, hereby **GRANTS** the
4  motion.
5      **IT IS ORDERED** that the clerk of the court shall remove Louis M. Bubala III and
6  Brittney A. Lehtinen of the law firm KAEMPFER CROWELL and Joshua P. Mayer, James P.
7  Ruggeri, and Joshua D. Weinberg of the law firm ROGGERI PARKS WEINBERG LLP, attorneys
8  on behalf of SENTINEL INSURANCE COMPANY, LIMITED

###

Submitted by:                KAEMPFER CROWELL

By:  */s/ Louis M. Bubala III*
     Louis M. Bubala III